UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JADA REID | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | Case No. 1:26-cv-986-SEB-KMB |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff JADA REID and

Defendant CITY OF INDIANAPOLIS hereby stipulate to the dismissal with

prejudice of all claims in this action, each party to bear its own attorneys' fees and

costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Faith E. Alvarez* | *Kiely C. Kessler (with permission)* |
| Faith E. Alvarez (32497-49) | Anthony W. Overholt (16481-49) |
| Alexis G. Sizemore (36964-49) | FROST BROWN TODD AND GIBBONS |
| ALVAREZ LEGAL LLC | 111 Monument Circle, Suite 4500 |
| 4441 N. Franklin Road | P.O. Box 44961 |
| Indianapolis, IN 46226 | Indianapolis, IN 46244-0961 |
| Phone: (317) 943-3116 | Phone: (317) 237-3800 |
| faith@faithalvarez.com | aoverholt@fbtgibbons.com |
| alexis@faithalvarez.com | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |