Acknowledged.

This action is hereby dismissed with prejudice.

Date: __7/30/2026__

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

JADA REID        )
             )
     Plaintiff,     )
   v.          )
             )
CITY OF INDIANAPOLIS,   )   Case No. 1:26-cv-986-SEB-KMB
             )
     Defendant.     )
             )
             )

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff JADA REID and

Defendant CITY OF INDIANAPOLIS hereby stipulate to the dismissal with

prejudice of all claims in this action, each party to bear its own attorneys' fees and

costs.

Respectfully submitted,

/s/ Faith E. Alvarez
_____
Faith E. Alvarez (32497-49)
Alexis G. Sizemore (36964-49)
ALVAREZ LEGAL LLC
4441 N. Franklin Road
Indianapolis, IN 46226
Phone: (317) 943-3116
faith@faithalvarez.com
alexis@faithalvarez.com
Attorneys for Plaintiff

Kiely C. Kessler (with permission)
_____
Anthony W. Overholt (16481-49)
FROST BROWN TODD AND GIBBONS
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
aoverholt@fbtgibbons.com
Attorney for Defendants